NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DALE R. PATE, DOC #263121,                )
                                          )
            Appellant,                    )
                                          )
v.                                        )          Case No. 2D17-4282
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____   )

Opinion filed May 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Frank Quesada, Judge.

Dale R. Pate, pro se.

PER CURIAM.

            Affirmed.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.